The Honorable Ronald B. Leighton

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| TEFERI ABEBE BIKILA, an individual; YETNAYET ABEBE BIKILA, an individual; TSIGE ABEBE, an individual; and YEWEBDAR W. GIORGESE, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>VIBRAM USA, INC., a Delaware corporation, and VIBRAM FIVEFINGERS, LLC, a Massachusetts limited liability company,<br><br>Defendants. | No. 3:15-cv-05082-RBL<br><br>**STIPULATED MOTION FOR LEAVE TO FILE DEFENDANTS' UNREDACTED SECOND MOTION FOR SUMMARY JUDGMENT AND SUPPORTING DECLARATIONS UNDER SEAL**<br><br>NOTE ON MOTION CALENDAR: October 13, 2016 |

**LOCAL RULE 5(g)(3)(A) CERTIFICATION**

Pursuant to Local Rule 5(g)(3)(A) and (B), Defendants Vibram USA, Inc. and Vibram FiveFingers LLC (collectively "Vibram") certify that their counsel has conferred in good faith with counsel for Plaintiffs Teferi Abebe Bikila, Yetnayet Bikila, Tsige Abebe, and Yewebdar W. Giorgese. Plaintiffs do not oppose this motion and stipulate to the entry of Vibram's proposed order.

STIPULATED MOTION FOR LEAVE TO FILE
DEFENDANTS' UNREDACTED SECOND MOTION
FOR SUMMARY JUDGMENT AND SUPPORTING
DECLARATIONS UNDER SEAL - 1
Case No. 3:15-cv-05082-RBL

K&L GATES LLP
925 FOURTH AVENUE
SUITE 2900
SEATTLE, WASHINGTON 98104-1158
TELEPHONE: (206) 623-7580
FACSIMILE: (206) 623-7022

## MOTION

Pursuant to Local Rule 5(g)(2)(B), Vibram respectfully moves the Court for an order permitting Vibram to file (1) the unredacted version of Defendants' Second Motion for Summary Judgment ("Motion"), (2) the unredacted version of the Declaration of Joanne M. Hepburn in Support of Defendants' Second Motion for Summary Judgment ("Hepburn Declaration"), and (3) the unredacted version of the Declaration of Eric Rosen in Support of Defendants' Second Motion for Summary Judgment ("Rosen Declaration") under seal.

Vibram seeks to file redacted versions of the Motion, the Hepburn Declaration, and the Rosen Declaration in the public record. Specifically, the public version of Hepburn Declaration would redact Exhibits P, V, and W to the declaration. The public version of the Rosen Declaration would redact one reference to total sales of the FiveFingers Bikila shoes, a number that is confidential. The public version of the Motion would redact all references to the redacted material from the two declarations.

Exhibits P and V to the Hepburn Declaration are excerpts from the deposition transcripts of plaintiffs' experts Dr. Richard Yalch and Serena Morones. It has been less than 15 days since counsel received the transcripts for these depositions. Pursuant to the Stipulated Protective Order [Dkt. 30], all deposition testimony must be treated as Attorneys' Eyes Only for 15 days after receipt of the transcripts, to allow the parties to make appropriate confidentiality designations. Additionally, Ms. Morones is plaintiffs' damages expert and her report, which is Exhibit W and is discussed in detail in her deposition testimony (Exhibit V), reflects Vibram's highly confidential financial information, including revenue, profits, and costs.

A proposed order granting Vibram's Motion is filed herewith.

## MEMORANDUM OF POINTS AND AUTHORITIES

The "starting point" for any record sealing analysis is a "strong presumption in favor of access." *Foltz v. State Farm Mut. Auto. Ins. Co.*, 331 F.3d 1122, 1135 (9th Cir. 2003). A

STIPULATED MOTION FOR LEAVE TO FILE
DEFENDANTS' UNREDACTED SECOND MOTION
FOR SUMMARY JUDGMENT AND SUPPORTING
DECLARATIONS UNDER SEAL - 2
Case No. 3:15-cv-05082-RBL

K&L GATES LLP
925 FOURTH AVENUE
SUITE 2900
SEATTLE, WASHINGTON 98104-1158
TELEPHONE: (206) 623-7580
FACSIMILE: (206) 623-7022

party seeking to seal a judicial record then bears the burden of overcoming this presumption by meeting the "compelling reasons" standard. *Id*. That is, the party must articulate compelling reasons supported by specific factual findings that outweigh the general history of access and the public policies favoring disclosure, such as the public interest in understanding the judicial process. *Kamakana v. City and County of Honolulu*, 447 F.3d 1172, 1178-1179 (9th Cir. 2006) (internal citations and quotations omitted). In turn, the Court must "conscientiously balance the competing interests" of the public and the party who seeks to keep certain judicial records secret. *Id*.; *accord Foltz*, 331 F.3d at 1135. After considering these interests, if the Court decides to seal certain judicial records, it must "base its decision on a compelling reason and articulate the factual basis for its ruling, without relying on hypothesis or conjecture." *Hagestad v. Tragesser*, 49 F.3d 1430, 1434 (9th Cir. 1995) (internal quotations and citations omitted).

Any references to Vibram's confidential financial information should remain under seal. "[U]nder Ninth Circuit law, detailed product-specific financial information, customer information and internal reports are appropriately sealable under the 'compelling reasons' standard where that information could be used to the company's competitive disadvantage." *Asetek Danmark A/S v. CMI USA, Inc*., 13-CV-00457-JST, 2015 WL 4116738, at *2 (N.D. Cal. July 7, 2015). Because Exhibits V and W reference Vibram's product specific financial information, the disclosure of which could be used to Vibram's disadvantage by its competitors, compelling reasons exist to protect this filing from public disclosure. Moreover, sealing Exhibits P and V, which are recently released deposition transcripts, is consistent with the existing Protective Order. Further, the public's interest in access will not be harmed by the sealing of the exhibits, the information in Mr. Rosen's declaration, or the Motion because a redacted version of the documents will be filed in the public record and the minimal redactions required will not harm the public's understanding of the judicial process in this case.

STIPULATED MOTION FOR LEAVE TO FILE
DEFENDANTS' UNREDACTED SECOND MOTION
FOR SUMMARY JUDGMENT AND SUPPORTING
DECLARATIONS UNDER SEAL - 3
Case No. 3:15-cv-05082-RBL

K&L GATES LLP
925 FOURTH AVENUE
SUITE 2900
SEATTLE, WASHINGTON 98104-1158
TELEPHONE: (206) 623-7580
FACSIMILE: (206) 623-7022

**CONCLUSION**

For the foregoing reasons, Vibram respectfully requests that the Court grant this stipulated motion and order that Vibram be allowed to file a redacted version of its Second Motion for Summary Judgment, the Hepburn Declaration, and the Rosen Declaration in the public record, with the unredacted versions of these documents filed under seal.

DATED this 13th day of October, 2016.

| | |
|---|---|
| MOTSCHENBACHER & BLATTNER LLP | K&L GATES LLP |
| By: /s/Alexander C. Trauman<br>Alexander C. Trauman, WSBA # 44400<br>Attorneys for Plaintiffs<br>Teferi Abebe Bikila, Yetnayet Abebe Bikila,<br>Tsige Abebe, and Yewebdar W. Giorgese | By: /s/Jeffrey C. Johnson<br>Jeffrey C. Johnson, WSBA # 23066<br>Joanne M. Hepburn, WSBA# 32841<br>Attorneys for Defendants<br>Vibram USA, Inc. and Vibram FiveFingers LLC |

STIPULATED MOTION FOR LEAVE TO FILE
DEFENDANTS' UNREDACTED SECOND MOTION
FOR SUMMARY JUDGMENT AND SUPPORTING
DECLARATIONS UNDER SEAL - 4
Case No. 3:15-cv-05082-RBL

K&L GATES LLP
925 FOURTH AVENUE
SUITE 2900
SEATTLE, WASHINGTON 98104-1158
TELEPHONE: (206) 623-7580
FACSIMILE: (206) 623-7022

**CERTIFICATE OF SERVICE**

I hereby certify that on October 13, 2016, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the registered CM/ECF users in this action.

K&L GATES LLP

By: /s/Jeffrey C. Johnson
Jeffrey C. Johnson, WSBA # 23066
925 Fourth Avenue, Suite 2900
Seattle, WA 98104
Tel: (206) 623-7580
Fax: (206) 623-7022
Email: jeff.johnson@klgates.com

Attorneys for Defendants
Vibram USA, Inc. and
Vibram FiveFingers LLC

STIPULATED MOTION FOR LEAVE TO FILE
DEFENDANTS' UNREDACTED SECOND MOTION
FOR SUMMARY JUDGMENT AND SUPPORTING
DECLARATIONS UNDER SEAL - 5
Case No. 3:15-cv-05082-RBL

K&L GATES LLP
925 FOURTH AVENUE
SUITE 2900
SEATTLE, WASHINGTON 98104-1158
TELEPHONE: (206) 623-7580
FACSIMILE: (206) 623-7022