The Honorable Ronald B. Leighton

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| TEFERI ABEBE BIKILA, an individual; YETNAYET ABEBE BIKILA, an individual; TSIGE ABEBE, an individual; and YEWEBDAR W. GIORGESE, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>VIBRAM USA, INC., a Delaware corporation, and VIBRAM FIVEFINGERS LLC, a Massachusetts limited liability company,<br><br>Defendants. | No. 3:15-cv-05082-RBL<br><br>**DECLARATION OF ERIC ROSEN IN SUPPORT OF DEFENDANTS' SECOND MOTION FOR SUMMARY JUDGMENT**<br><br>REDACTED |

I, Eric Rosen, declare as follows:

1. I am over the age of 18 and competent to testify. I am the Vice President of Finance for Vibram USA, Inc. I make this declaration based on my personal knowledge and documents available to me in the normal course of my employment with Vibram.

2. Attached as **Exhibit A** are true and correct copies of documents maintained in the files of Defendants Vibram USA, Inc. and Vibram FiveFingers LLC (collectively, "Vibram"), that reflect how Vibram advertised and marketed the FiveFingers Bikila shoes. These documents are consistent with the standard marketing and point of sale materials that

DECLARATION OF ERIC ROSEN IN SUPPORT OF
DEFENDANTS' SECOND MOTION FOR
SUMMARY JUDGMENT - 1
Case No. 3:15-cv-05082-RBL

K&L GATES LLP
925 FOURTH AVENUE
SUITE 2900
SEATTLE, WASHINGTON 98104-1158
TELEPHONE: (206) 623-7580
FACSIMILE: (206) 623-7022

Vibram used to sell the FiveFingers Bikila shoes. Vibram has searched its documents and found no evidence that it ever used any image of Abebe Bikila in any consumer-facing advertising or marketing. Documents that are available from Vibram's files or the public record indicate that Vibram occasionally referenced the historical fact of Abebe Bikila's Olympic victory, including in a microsite that it promoted in 2010-2011, a press release, and in two Twitter posts.

      3.      Attached as **Exhibit B** is a true and correct copy of an image that accurately reflects the shoebox for the FiveFingers Bikila shoes.

      4.      Between the 2010 release of the FiveFingers Bikila shoes and the end of 2015, Vibram sold over ▮▮▮▮▮ pairs of the shoes in the United States. In 2015, in the normal course of refreshing its product line, Vibram improved its running shoe and gave it a new name, V-Run.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Dated this 12th day of October, 2016 at North Brookfield, Massachusetts.

_____
Eric Rosen

DECLARATION OF ERIC ROSEN IN SUPPORT OF
DEFENDANTS' SECOND MOTION FOR
SUMMARY JUDGMENT - 2
Case No. 3:15-cv-05082-RBL

K&L GATES LLP
925 FOURTH AVENUE
SUITE 2900
SEATTLE, WASHINGTON 98104-1158
TELEPHONE: (206) 623-7580
FACSIMILE: (206) 623-7022