## UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| TEFERI ABEBE BIKILA, et al.,<br><br>      Plaintiffs,<br><br>  v.<br><br>VIBRAM USA INC., et al.,<br><br>      Defendants. | **JUDGMENT IN A CIVIL CASE**<br><br>CASE NUMBER: C15-5082-RBL |

☐  **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

XX  **Decision by Court**. This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

THE COURT HAS ORDERED THAT

Vibram's motion for summary judgment the Bikilas Lanham Act
claims is GRANTED and those claims are DISMISSED with prejudice.

The Bikilas' state law claims are barred by the applicable limitations periods. Vibram's motion for summary judgment on those claims is GRANTED, and they are DISMISSED with prejudice.

This case is dismissed with prejudice.

Dated:  October 31, 2016

                William M. McCool
                Clerk

                s/Jean Boring
                Deputy Clerk