The Honorable Ronald B. Leighton

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

| | |
|---|---|
| TEFERI ABEBE BIKILA, an individual; YETNAYET ABEBE BIKILA, an individual; TSIGE ABEBE, an individual; and YEWEBDAR W. GIORGESE, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>VIBRAM USA INC., a Delaware corporation; VIBRAM FIVEFINGERS, LLC, a Massachusetts limited liability company,<br><br>Defendants. | Case No. 3:15-cv-05082-RBL<br>Court of Appeals Case No. 16-35994<br><br>**ORDER ON STIPULATED AND JOINT MOTION TO DISMISS CASE WITH PREJUDICE** |

This matter comes before the Court upon the Stipulated and Joint Motion to Dismiss Case With Prejudice. The Court has been advised that all parties wish to dismiss all claims and counterclaims set forth in this lawsuit with prejudice and without attorney fees, costs, or disbursements. Now, therefore;

ORDER ON STIPULATED MOTION TO DISMISS CASE WITH PREJUDICE- 1
Case No. 3:15-cv-05082-RBL

**MOTSCHENBACHER & BLATTNER LLP**
117 SW Taylor Street, Suite 300
Portland, Oregon 97204-3010
Telephone (503) 417-0500 • Fax (503) 417-0501

1     IT IS HEREBY ORDERED that all claims between the parties in this action are hereby

2 dismissed with prejudice and without attorney fees, costs, or disbursements to any party.

3     SIGNED this 7th day of March, 2017.

_____
Ronald B. Leighton
United States District Judge

ORDER ON STIPULATED MOTION TO DISMISS CASE WITH PREJUDICE- 2
Case No. 3:15-cv-05082-RBL

**MOTSCHENBACHER & BLATTNER LLP**
117 SW Taylor Street, Suite 300
Portland, Oregon 97204-3010
Telephone (503) 417-0500 • Fax (503) 417-0501